**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**OPE ADENIKINJU, individually and on behalf of all similarly situated consumers,**

**Plaintiff,**

**v.** **Civil Action No. 3:24-cv-00259-REP**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

**Defendant.**

**JOINT STATUS REPORT REGARDING THE**
**STATUS OF THE ARBITRATION PROCEEDINGS**

Plaintiff OPE ADENIKINJU ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., ("Defendant" or "Experian") (hereinafter Plaintiff and Experian are collectively referred to as "the Parties") hereby submit this Joint Status Report regarding the status of the arbitration proceedings pursuant to the Court's Order dated November 5, 2025. (ECF No. 45).

1. The Court granted Experian's motion to compel arbitration on November 5, 2025 (ECF No. 45). The Court stayed the matter pending the competition of arbitration and ordered the parties to submit a status report by December 19, 2025. *Id*.

2. Plaintiff filed an arbitration demand in the American Arbitration Association ("AAA") on or around November 14, 2025.

3. On December 19, 2025, Plaintiff filed an Amended Demand for Arbitration, in which he voluntarily dismissed "all merits allegations" and stated his intention to challenge arbitrability only.

4. On December 23, 2025, the matter was assigned to the appropriate American Arbitration Association ("AAA") case management center for administration.

5. On January 15, 2026, Experian filed an Answer to the Amended Demand.

6. On January 15, 2026, pursuant to the Court's January 13, 2026, Order (ECF No. 49), the parties filed a joint request with AAA to expedite the setting of a filing date and the appointment of an arbitrator and to otherwise proceed expeditiously with the arbitration. The next day, Plaintiff's counsel delivered the parties' joint request and this Court's order to the Chief Executives of AAA.

7. On February 2, 2026, AAA appointed Carl Kenneth Turpin to serve as arbitrator.

8. The Parties have since met and conferred with the Arbitrator. Following that conference, the Arbitrator entered a briefing schedule on the issue of arbitrability. Claimant's Opening Brief is due March 23, 2026; Respondent's Response is due April 27, 2026; and Claimant's Reply is due May 6, 2026.

9. The Parties will update the Court on the status of arbitration on May 3, 2026, pursuant to the Court's instructions to file a status report every 45 days.

DATED: March 19, 2026

Respectfully Submitted,

By: */s/ Leonard A. Bennett*

Leonard A. Bennett, VSB #37523
Mark C. Leffler, VSB #40712
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: mark@clalegal.com
Email: craig@clalegal.com

Drew D. Sarrett, VSB #81658
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, VA 23219
T: 804-904-9905
F: 757-930-3662
Email: drew@clalegal.com

Jeffrey Sand
**Weiner & Sand LLC**
6065 Roswell Road, Suite 700-121
Sandy Springs, Georgia 30328
Tel.: (404) 205-5029
Fax: (866) 800-1482

*Counsel for Plaintiff*

By: _*David N. Anthony*

David N. Anthony
Virginia State Bar No. 31696
Troutman Pepper Locke LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

Cheryl L. O'Connor
**Jones Day**
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Tel. (949) 553-7505
Fax: (949) 553-7539
Email: coconnor@jonesday.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, VSB #37523
Mark C. Leffler, VSB #40712
Craig C. Marchiando, VSB #89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: mark@clalegal.com
Email: craig@clalegal.com